**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-6998**

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

      v.

KEVIN GARFIELD RICKS,

                Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Senior District Judge. (1:11-cr-00105-JCC-1; 1:12-cv-00747-JCC)

Submitted: September 25, 2013     Decided: October 15, 2013

Before SHEDD, DAVIS, and DIAZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Kevin Garfield Ricks, Appellant Pro Se. Alicia J. Yass, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Garfield Ricks seeks to appeal the district court's order denying relief on his 28 U.S.C.A. § 2255 (West Supp. 2013) motion. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(B) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the motion states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85.

We have independently reviewed the record and conclude that Ricks has not made the requisite showing.[*] Accordingly, we

---

[*] In deciding whether Ricks is entitled to a certificate of appealablity, we have considered all relevant filings Ricks made in the district court and in this court, including his filings related to his Fed. R. Civ. P. 60(b) motions.

2

deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>DISMISSED</u>